1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE LAMONT WATIS,<br><br>    Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No. 1:20-MC-00119-SKO<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br>**(Bank Accounts)**<br><br>(Doc. 7)<br><br>Criminal Case No. 1:01-CR-05093-OWW |
|---|---|

On December 31, 2020, the United States filed a "Request for an Order Terminating Writ of Continuing Garnishment (Bank Accounts)" (the "Request"), requesting that the Court terminate the writ of continuing garnishment (Doc. 5), issued on November 23, 2020. (Doc. 7.)

Having reviewed the file and the United States' Request, and for good cause shown, the Court hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Continuing Garnishment (Bank Accounts) previously issued against Defendant/Judgment Debtor, Kyle Lamont Watis, on November 23, 2020, is hereby TERMINATED without prejudice; and

Order Terminating Writ                                  1

2. The Clerk of Court is directed to close this miscellaneous case.

IT IS SO ORDERED.

Dated: **January 4, 2021**               /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE